# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137573

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 137573
                                     COA: 287159
ROBERT LEE FREEMAN,
      Defendant-Appellant.                              St. Clair CC: 07-002327-FH

_____/

      On order of the Court, the application for leave to appeal the September 29, 2008 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Idziak* (Docket No. 137301) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

d0217